UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
(Filed Electronically)

CRIMINAL ACTION NO. 5:11-CR-13-R
UNITED STATES OF AMERICA,                                                                         PLAINTIFF,

vs.

ALEJANDRO DANIEL,                                                                                 DEFENDANT.

### NOTICE OF SUBSTITUTION OF COUNSEL

Comes the Office of the Federal Defender for the Western District of Kentucky, assigned counsel herein, and gives notice to the Court that Assistant Federal Defender Laura Wyrosdick has been substituted as counsel of record for defendant in the above-styled action.

Assistant Federal Defender Jamie Haworth should be removed from PACER as counsel of record, and the Clerk is hereby requested to terminate any further electronic notices to said attorney regarding this action.

/s/ Laura Wyrosdick
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**CERTIFICATE**

  I hereby certify that on June 21, 2011, the foregoing notice was sent by electronic transmission through the Court's ECF system to the United States.


              /s/ Laura Wyrosdick

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2